# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AHRMANDE LECOUNT | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 06-cv-774 |
| GEORGE PATRICK, *et al*. | : |
| Respondents. | : |

# ORDER

**AND NOW**, this 17th day of September, 2013, upon careful consideration of petitioner's motion for relief from an order under Rule 60(b)(6) of the Federal Rules of Civil Procedure (Doc. No. 23)—an order dated August 30, 2006, denying petitioner's writ of habeas corpus—**IT IS HEREBY ORDERED** that:

1. This matter is **STAYED** pending a decision from the U.S. Court of Appeals for the Third Circuit in the matter of *Cox v. Horn, et al*.

2. The Clerk of Court shall place this matter in civil suspense until such a decision has issued.

3. Petitioner and counsel for the respondents shall notify the court promptly upon receipt of a decision in that case.

                                                                   s/William H. Yohn Jr.
                                                                   William H. Yohn Jr., Judge