IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AHRMANDE LECOUNT | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| GEORGE PATRICK, ET AL. | : NO. 06cv774 |

O R D E R

**AND NOW**, this 30th day of September, 2015, upon consideration of Petitioner's Motion for Relief from Final Judgment (Document No. 23), the Commonwealth's response and petitioner's letter brief, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge